Joseph R. Becerra (State Bar No. 210709)
BECERRA LAW FIRM
4014 Long Beach Boulevard, Suite 300
Long Beach, CA 90807
Tel: (213) 542-8501  Fax: (213) 542-5556
Email: jbecerra@jrbecerralaw.com

Torey Joseph Favarote (State Bar No. 198521)
GLEASON & FAVAROTE, LLP
4014 Long Beach Boulevard, Suite 300
Long Beach, CA 90807
Tel: (213) 452-0510  Fax: (213) 452-0514
Email: tfavarote@gleasonfavarote.com

Attorneys for Plaintiff ERIC DIAZ
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO. an Ohio Corporation, RALPHS GROCERY COMPANY an Ohio Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01207-JGB-SHK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**<br><br>Judge: Hon. Jesus G. Bernal<br>Ctrm.: 1<br><br>Mag. Judge: Hon. Shashi H. Kewalramani<br><br>Action Filed: July 20, 2021<br>Trial Date: None |

/ / /

/ / /

/ / /

/ / /

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure

2  41(a) plaintiff Eric Diaz dismisses the above caption action without prejudice.

3

4  Dated: September 20, 2021           BECERRA LAW FIRM
                                       JOSEPH R. BECERRA
5

6
                                       By: /s/ Joseph R. Becerra
7                                              Joseph R. Becerra

8                                      Attorneys for Plaintiff ERIC DIAZ on
                                       behalf of himself and all others
9                                      similarly situated

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1.
**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)**

USDC Case No. 5:21-cv-01207-JGB-SHK

# PROOF OF SERVICE

I, Joseph R. Becerra, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Becerra Law Firm, 4014 Long Beach Blvd., Suite 300, Long Beach, CA 90807.

On September 20, 2021, I served a copy(ies) of the following document(s):

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
| --- | --- | --- |
| Tritia M. Murata<br>Wendy J. Ray<br>Allyson D. Bach<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>Tel: 213-892-5200  Fax: 213-892-5454<br>TMurata@mofo.com<br>WRay@mofo.com<br>ABach@mofo.com | Attorneys for Defendants THE KROGER CO. and RALPHS GROCERY COMPANY | CM/ECF |
| Karen J. Kubin<br>Jinny S. Hwang<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel: 415-268-7000  Fax: 415-268-7522<br>KKubin@mofo.com<br>JHwang@mofo.com | Attorneys for Defendants THE KROGER CO. and RALPHS GROCERY COMPANY | CM/ECF |

☒ [BY CM/ECF SYSTEM] I caused the above-referenced document(s) to be sent by electronic transmission to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court. I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on September 20, 2021, at Long Beach, California.

/s/ Joseph R. Becerra
Joseph R. Becerra